■ The People of the State of New York, Respondent, v Alphonso Syville, Appellant. [10 NYS3d 891]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered February 10, 2012, convicting him of endangering the welfare of a child (three counts) and attempted assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court erred in refusing to give a justification charge concerning his use of physical force against the complainant is without merit (*see* Penal Law § 35.10 [1]; *People v Lyons*, 94 AD3d 1020, 1021 [2012]; *People v Hall*, 65 AD3d 1377, 1378 [2009]; *People v Jackson*, 243 AD2d 653, 653 [1997]). The evidence presented at the defendant's trial provided no basis for determining that the defendant reasonably believed that his use of force was necessary to defend himself against the complainant (*see People v Watts*, 57 NY2d 299, 302 [1982]).

The defendant's remaining contentions are without merit.

Balkin, J.P., Austin, Miller and Maltese, JJ., concur. 